UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASEY OCONNOR                                                                                          PLAINTIFF

v.                                          No. 5:21-CV-05083

SHERIFF TIM HELDER, Washington
County, Arkansas, et al.                                                                              DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 14) from United States Magistrate Judge Christy Comstock.  The Magistrate Judge has conducted preservice screening of this case pursuant to 28 U.S.C. § 1915A and recommends that this case be dismissed without prejudice, that a strike flag be placed on the case, and that the Court certify that any appeal is not taken in good faith.  Plaintiff filed objections (Doc. 15).  The Court has reviewed the report and recommendation de novo with respect to Defendant's objections.  The objections offer neither law nor fact requiring departure from the report and recommendation, which is otherwise proper and ADOPTED IN FULL.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered separately.  The Clerk is directed pursuant to 28 U.S.C. § 1915(g) to place a strike flag on this case.

IT IS FURTHER ORDERED that no appeal be taken in forma pauperis, because any appeal from this dismissal will not be taken in good faith.

IT IS SO ORDERED this 22nd day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE